## ADDENDUM TO EMPLOYMENT AGREEMENT

This Addendum to Employment Agreement ("Addendum") is made effective as of the _11_ day of _July_, 2005, by and between Idaho Nephrology Associates, P.L.L.C., an Idaho professional limited liability company ("INA") and Robert J. Leach, M.D. ("Leach"), collectively referred to herein as "Parties."

### RECITALS

Whereas the Parties previously entered into that certain Employment Agreement ("Agreement") dated July 1, 2005; and

Whereas the Parties desire to amend the term of the Agreement.

NOW, THEREFORE, the Parties hereby agree as follows:

1. The Agreement is amended, in relevant part, by deleting Section 5.1 thereof in its entirety and replacing it with the following language:

> 5.1 <u>Term.</u> Except as otherwise provided below, the term of this Agreement shall be one (1) year commencing on September 6, 2005 (the "Effective Date"), and terminating on September 5, 2006.

2. Unless otherwise specifically defined in this Addendum, all terms appearing initially capitalized herein shall have the same meanings given to them in the Agreement. In the event of a conflict between the provisions of the Agreement and those of this Addendum, the provisions of this Addendum shall control. No other terms and conditions of the Agreement are hereby changed by this Addendum. The Agreement shall remain in full force and effect modified only by the terms and conditions of this Addendum which terms and conditions are expressly ratified and confirmed by the parties hereto.

DATED effective as of the date first above-written.

INA:    Idaho Nephrology Associates, P.L.L.C., an Idaho
        professional limited liability company

        _M. C. Mallea MD_
        By: _M. C. Mallea MD_
        Its: _Member_

LEACH:

        _____ 7/13/05
        Robert J. Leach, M.D.


EXHIBIT B