Jed W. Manwaring, ISB# 3040
EVANS KEANE LLP
1405 W. Main St.
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
Email: jmanwaring@evanskeane.com

Bryon J. Benevento (Pro Hac Pending)
Kimberly Neville (Pro Hac Pending)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO, EASTERN DIVISION

| | |
|---|---|
| ROBERT LEACH, M.D., a Utah resident,<br><br>         Plaintiff,<br><br>vs.<br><br>IDAHO NEPHROLOGY ASSOCIATES, P.L.L.C., an Idaho professional limited liability company, KIDNEY PHYSICIANS OF IDAHO, L.L.C., an Idaho Limited Liability Company, MICHAEL ADCOX, M.D., an individual, NAGRAJ NARASIMHAN, M.D., an individual, MICHAEL MALLEA, M.D., an individual, ROBERT DAVIDSON, M.D., an individual, NICHOLAS HUNT, M.D., an individual. and JON WAGNILD, M.D., an individual.<br><br>         Defendant. | **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Case No. 1:07cv278<br>Judge B. Lynn Winmill |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff Robert Leach, M.D. moves this Court for leave to file an Amended Complaint in the form

appended hereto as Exhibit 1.  The basis for this motion is that plaintiff has discovered facts which would support recovery under the additional legal theories including securities fraud, common law fraud, conversion, constructive trust, and alter ego.  Although these additional claims may provide an alternative avenue of recovery for the plaintiff, they do not materially change the scope of discovery and will not affect the existing scheduling order in this matter.  Accordingly, plaintiff requests that leave be granted, as permitted by Rule 15(a)'s liberal standard.

This motion is supported by the accompanying memorandum of law filed concurrently herewith.  A proposed form of Amended Complaint is appended hereto as Exhibit 1.

DATED this 31st day of October, 2007.

/s/ Jed W. Manwaring
Jed W. Manwaring
Evans Keane LLP

Bryon J. Benevento
Kimberly Neville
Snell & Wilmer, LLP

*Attorneys for Plaintiff*

463249.1                                            2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2007, I caused and true and correct copy of the foregoing to be sent via U.S. Mail, electronic mail, and it was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert B. White, Esq.
Givens Pursley, LLP
P.O. Box 2720
601 W. Bannock St.
Boise, Idaho  83702

B. Newal Squyres
Holland & Hart
Suite 1400, US Bank Plaza
101 SouthCapitol Blvd.
P.O. Box 2527
Boise, Idaho  83701-2527

/s/ Jed W. Manwaring