Patrick J. Miller (Idaho State Bar #3221)
pjm@givenspursley.com
Robert B. White (Idaho State Bar #4438)
rbw@givenspursley.com
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: (208) 388-1200
Facsimile: (208) 388-1300

Attorneys for *Defendants Idaho Nephrology Associates, P.L.L.C., Kidney Physicians of Idaho, L.L.C., Michael Adcox, M.D., Nagraj Narasimhan, M.D., Michael Mallea, Robert Davidson, M.D., and Nicholas Hunt, M.D.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO, EASTERN DISTRICT

| | |
|---|---|
| ROBERT LEACH, M.D., a Utah resident,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO NEPHROLOGY ASSOCIATES, P.L.L.C., an Idaho Professional Limited Liability Company, KIDNEY PHYSICIANS OF IDAHO, L.L.C., an Idaho Limited Liability Company, MICHAEL ADCOX, M.D., an individual, NAGRAJ NARASIMHAN, M.D., an individual, MICHAEL MALLEA, M.D., an individual, ROBERT DAVIDSON, M.D., an individual, NICHOLAS HUNT, M.D., an individual, and JON WAGNILD, M.D., an individual,<br><br>Defendants. | Case No.: CV 07-278-S-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

STIPULATION FOR DISMISSAL WITH PREJUDICE -1

COMES NOW the Plaintiff and Defendants, by and through their attorneys of record, and hereby stipulate and agree to the entry of an order dismissing all of Plaintiff's claims against defendants with prejudice with said parties to bear their own costs and attorneys' fees.

GIVENS PURSLEY, LLP

Dated: 1/15/08 , 2008      By: /s/ R. White
                               Robert B. White
                               Attorneys for Idaho Nephrology Associates,
                               P.L.L.C., Kidney Physicians of Idaho, L.L.C.,
                               Michael Adcox, M.D., Nagraj Narasimhan, M.D.,
                               Michael Mallea, Robert Davidson, M.D., and
                               Nicholas Hunt, M.D.

SNELL & WILMER LLP

Dated: Jan. 14 , 2008      By: /s/ Bryon Benevento
                               Bryon Benevento, Attorney for the
                               Plaintiff Robert Leach, M.D.

EVANS KEANE LLP

Dated: _____ , 2008      By: _____
                               Jed W. Manwaring, Attorney for the
                               Plaintiff Robert Leach, M.D.

HOLLAND & HART LLP

Dated: _____ , 2008      By: _____
                               B. Newal Squyres, Attorneys for the
                               Defendant Jon Wagnild, M.D.

STIPULATION FOR DISMISSAL WITH PREJUDICE -2

COMES NOW the Plaintiff and Defendants, by and through their attorneys of record, and hereby stipulate and agree to the entry of an order dismissing all of Plaintiff's claims against defendants with prejudice with said parties to bear their own costs and attorneys' fees.

GIVENS PURSLEY, LLP

Dated:_____, 2008    By:_____
                                     Robert B. White
                                     Attorneys for Idaho Nephrology Associates,
                                     P.L.L.C., Kidney Physicians of Idaho, L.L.C.,
                                     Michael Adcox, M.D., Nagraj Narasimhan, M.D.,
                                     Michael Mallea, Robert Davidson, M.D., and
                                     Nicholas Hunt, M.D.

SNELL & WILMER LLP

Dated:_____, 2008    By:_____
                                     Bryon Benevento, Attorney for the
                                     Plaintiff Robert Leach, M.D.

EVANS KEANE LLP

Dated: 1/14/08 , 2008    By: /s/ Jed W. Manwaring
                              Jed W. Manwaring, Attorney for the
                              Plaintiff Robert Leach, M.D.

HOLLAND & HART LLP

Dated:_____, 2008    By:_____
                                     B. Newal Squyres, Attorneys for the
                                     Defendant Jon Wagnild, M.D.

STIPULATION FOR DISMISSAL WITH PREJUDICE -2

COMES NOW the Plaintiff and Defendants, by and through their attorneys of record, and hereby stipulate and agree to the entry of an order dismissing all of Plaintiff's claims against defendants with prejudice with said parties to bear their own costs and attorneys' fees.

GIVENS PURSLEY, LLP

Dated:_____, 2008

By:_____
Robert B. White
Attorneys for Idaho Nephrology Associates, P.L.L.C., Kidney Physicians of Idaho, L.L.C., Michael Adcox, M.D., Nagraj Narasimhan, M.D., Michael Mallea, Robert Davidson, M.D., and Nicholas Hunt, M.D.

SNELL & WILMER LLP

Dated:_____, 2008

By:_____
Bryon Benevento, Attorney for the Plaintiff Robert Leach, M.D.

EVANS KEANE LLP

Dated:_____, 2008

By:_____
Jed W. Manwaring, Attorney for the Plaintiff Robert Leach, M.D.

HOLLAND & HART LLP

Dated: January 14, 2008

By: _____
B. Newal Squyres, Attorneys for the Defendant Jon Wagnild, M.D.

STIPULATION FOR DISMISSAL WITH PREJUDICE -2